UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL A.R. HITLER,
aka CARL RENOWITZKY,

Plaintiff,

v.

MARIN DISTRICT ATTORNEY'S
OFFICE, et al.,

Defendants.

Case No. 19-cv-00300-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to comply with the Court's orders to file a complaint on this Court's form, and to file an application to proceed *in forma pauperis* (IFP) or pay the filing fee. Accordingly, the action is DISMISSED without prejudice for failing to comply with the Court's orders and for failing to prosecute, see Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen. Any such motion must contain (i) a complaint in this Court's form; and (ii) a complete IFP application or payment for the $400.00 filing fee.

If plaintiff chooses to move to reopen the case, he is advised that he must state legally recognizable claims against any named defendant, alleging a plausible basis for suing them.

The Clerk shall enter judgment in favor of defendants and close the file.

**IT IS SO ORDERED.**

**Dated:** April 1, 2019

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California